UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

Noel, et al.,

                      Plaintiffs,

    -against-

New York City Taxi and Limousine Commission, et al.,

                      Defendants.

------------------------------------- x



11 Civ. 0237

ORDER

GEORGE B. DANIELS, District Judge:

Defendants' letter request to modify this Court's order dated May 24, 2011 and certify this matter for interlocutory appeal is DENIED. Defendants have not shown that the Court's decision involves a controlling question of law as to which there is a substantial ground for difference of opinion nor that an immediate appeal from the order may materially advance the ultimate termination of the litigation pursuant to 28 U.S.C. 1292(b).

Dated: June 15, 2010
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge