UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CHRISTOPHER NOEL, SIMI LINTON, UNITED
SPINAL, a nonprofit organization, THE TAXIS FOR ALL
CAMPAIGN, a nonprofit organization, 504
DEMOCRATIC CLUB, a nonprofit organization,
DISABLED IN ACTION, a non profit organization,

                                                    Plaintiffs,

                -against-                     **NOTICE OF CROSS-
                                                           MOTION FOR
NEW YORK CITY TAXI AND LIMOUSINE                   SUMMARY
COMMISSION, a charter mandated agency, and DAVID      JUDGMENT**
YASSKY, in his official capacity as chairman and
commissioner of the New York City Taxi and Limousine      11 Civ. 0237 (GBD)
Commission,

                                                Defendants.

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, that upon the annexed declaration of Ashwini Chhabra dated September 23, 2011, defendants' Statement Pursuant to Local Civil Rule 56.1 dated September 23, 2011, and defendants' Memorandum of Law in Support of their Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment, dated September 23, 2011, and upon all prior papers and proceedings herein, the undersigned will cross-move this Court before the Honorable George B. Daniels at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order granting summary judgment to defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, together with such other and further relief as the Court deems just, fair and equitable.

Dated:      New York, New York
               September 23, 2011

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                        City of New York
                                    Attorney for Defendants
                                    100 Church Street
                                    New York, New York, 10007
                                    (212) 788-0818

                          By: _____
                                    Robin Binder (RB5027)
                                    Assistant Corporation Counsel


TO:

Julia Pinover, Esq.
Disability Rights Advocates
1560 Broadway, 10th Floor
New York, New York 10036

Sid Wolinsky, Esq.
Rebecca S. Williford, Esq.
Kara J. Werner, Esq.
Disabiliy Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, CA 94704

Allegra L. Fishel, Esq.
Molly A. Brooks, Esq.
Dana Sussman, Esq.
Outten and Golden, LLP
3 Park Avenue, 29th Floor
New York, New York  10016