UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Noel, et al.,

                         Plaintiffs,

    -against-

New York City Taxi and Limousine Commission,
et al.,

                        Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 23 2011

11 Civ. 0237

ORDER

GEORGE B. DANIELS, District Judge:

    The Committee for Taxi Safety's Motion to Intervene pursuant to Fed. R. Civ. P. 24 is

DENIED WITHOUT PREJUDICE.

Dated: November 22, 2011
      New York, New York

                                              SO ORDERED:

                                              _____
                                              GEORGE B. DANIELS
                                              United States District Judge