**MANDATE**

N.Y.S.D. Case # 11-cv-0237(GBD)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of June, two thousand twelve.

Before: DENNIS JACOBS,
         *Chief Judge,*
    AMALYA L. KEARSE,
    PETER W. HALL,
         *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 1, 2012

_____

CHRISTOPHER NOEL; SIMI LINTON; UNITED SPINAL, a nonprofit organization; TAXIS FOR ALL CAMPAIGN, a nonprofit organization; 504 DEMOCRATIC CLUB, a nonprofit organization; DISABLED IN ACTION, a nonprofit organization,

    Plaintiffs - Appellees,

    v.

NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a charter mandated agency; DAVID YASSKY, in his official capacity, as Commissioner of the New York City Taxi and Limousine Commission,

    Defendants-Appellants.

JUDGMENT

Docket No.: 12-41

_____

The appeal in the above captioned case from a temporary injunction of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the temporary injunction is VACATED and the case is REMANDED in accordance with opinion of this court.

         For The Court:

         Catherine O'Hagan Wolfe,
         Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/01/2012