

Home Office
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
www.dralegal.org

New York Office
40 Worth Street, Tenth Floor
New York, NY 10013
Telephone: (212) 644-8644
Facsimile: (212) 644-8636
TTY: (877) 603-4579
www.dralegal.org

**BOARD OF DIRECTORS**
William F. Alderman
*Orrick, Herrington & Sutcliffe LLP*
Leslie Aoyama
*Nordstrom Inc.*
Daniel L. Brown
*Sheppard Mullin Richter & Hampton LLP*
Mark A. Chavez
*Chavez & Gertler LLP*
Linda Dardarian
*Goldstein Borgen Dardarian & Ho*
Evan Davis
*Cleary Gottlieb Steen & Hamilton, LLP*
Ernest Galvan
*Rosen, Bien, Galvan & Grunfeld LLP*
Lucy Lee Helm
*Starbucks Coffee Company*
Pat Kirkpatrick
*Fundraising Consultant*
Joshua Konecky
*Schneider Wallace Cottrell Konecky LLP*
Janice L. Lehrer-Stein
*Consultant*
Bonnie Lewkowicz
*Access Northern California*
Daniel S. Mason
*Zelle Hofmann Voelbel & Mason LLP*
Laurence Paradis
*Disability Rights Advocates*
Eugene Alfred Pinover
*Willkie Farr & Gallagher LLP*
Michael P. Stanley
*Attorney*

**ATTORNEYS**
Christine Chuang
*Staff Attorney*
Haben Girma
*Skadden Fellowship Attorney*
Kara Janssen
*Staff Attorney*
Anne Kelsey
*DRA Fellow*
Kevin Knestrick
*Senior Staff Attorney*
Michael Nunez
*Staff Attorney*
Laurence Paradis
*Executive Dir. and Co-Director of Litigation*
Zoe Pershing-Foley
*John W. Carson Fellowship Attorney*
Julia Pinover
*Senior Staff Attorney*
Rebecca Rodgers
*DRA Fellowship Attorney*
Stuart Seaborn
*Senior Staff Attorney*
Mary-Lee Kimber Smith
*Managing Attorney*
Rebecca Williford
*Staff Attorney*
Sid Wolinsky
*Director of Litigation*

**NEW YORK ADVISORY BOARD**
Evan Davis
*Partner*
*Cleary Gottlieb Steen & Hamilton, LLP*
Margaret M. Foran
*Chief Governance Officer*
*Prudential Financial*
Stephen G. Foresta
*Partner*
*Orrick, Herrington & Sutcliffe LLP*
Janice L. Lehrer-Stein
*Trustee*
*The Fighting Blindness Society*
Gary Phelan
*Special Counsel*
*Cohen & Wolf, P.C.*
Eugene Pinover
*Of Counsel*
*Willkie Farr & Gallagher, LLP*
Susie Wilson
*Fundraiser*
*MANE*

December 6, 2013

*Via Facsimile Only*

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: Taxis For All, et. al., v. New York City Taxi and Limousine Commission, et. al. (11-cv-0237)*
*Letter Regarding Settlement*

Dear Judge Daniels:

This letter is to formally advise the Court that the parties to the above-captioned litigation have reached settlement. The settlement is embodied in two documents attached to this letter. These are (1) a binding Memorandum of Understanding and (2) an Implementation Agreement.

We understand that the Court has or will vacate further litigation dates and deadlines, will postpone issuance of decision on the pending motions, and will set this matter for a status conference in late February.

As indicated in the attached documents the parties will, at an appropriate time, seek formal court approval of the settlement agreement in accordance with Fed. Rule Civ. P. 23. Should the Court have any questions the parties would welcome them.

Respectfully,

Julia Pinover
Senior Staff Attorney

Enclosures

cc:    Michelle Goldberg-Cahn & Robin Binder, New York City Law Department
Sid Wolinsky & Kara Janssen, Disability Rights Advocates
Daniel Brown & Sarah Aberg, Sheppard Mullin Richter & Hampton