**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE TAXIS FOR ALL CAMPAIGN, a                    :
nonprofit organization, DR. SIMI LINTON, an      :
individual, UNITED SPINAL ASSOCIATION,           :
a nonprofit organization, 504 DEMOCRATIC         :
CLUB, a nonprofit organization, and              :
DISABLED IN ACTION, a nonprofit                  :
organization,                                    :
                        Plaintiff,   :
                              :

          -against-                             :
                              :
                              :

NEW YORK CITY TAXI AND LIMOUSINE              :
COMMISSION, a charter mandated agency,        :
DAVID YASSKY, in his official capacity as     :
chairman and commissioner of the New York     :
City Taxi and Limousine Commission,           :
MICHAEL R. BLOOMBERG, in his official         :
capacity as Mayor of the City of New York, and :
THE CITY OF NEW YORK,                         :
                              :

                    Defendants.    :
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

11 Civ. 0237 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The Metropolitan Taxicab Board of Trade and Colonial Cab Corp.'s Motion to Intervene

(ECF 165) is DENIED.

Dated: New York, New York
       February 27, 2014

                                  SO ORDERED:

                                *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge