

**California Office**
2001 Center Street, 4th Floor
Berkeley, CA  94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
**www.dralegal.org**

**New York Office**
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636
**www.dralegal.org**

**BOARD OF DIRECTORS**
Natalie Aliga
*Wells Fargo Government & Community Relations Group*
Nana A. Antwi-Ansorge
*Attorney*
Daniel L. Brown
*Sheppard, Mullin, Richter & Hampton LLP*
Chris Coleman
*First Republic Bank*
Ernest Galvan
*Rosen Bien Galvan & Grunfeld LLP*
Edward Gildea
*FisherBroyles, LLP*
Melissa "echo" Greenlee
*deaffriendly.com*
Tami Hamalian
*Starbucks Coffee Company*
Barb Izzo
*Advisor*
Srin Madipalli
*Airbnb*
Daniel S. Mason
*Furth Salem Mason & Li LLP*
Allison May
*Retired Attorney*
Steven P. Ragland
*Keker, Van Nest & Peters LLP*
Cristina Rubke
*Shartsis Friese LLP*
Scott Smigel
*Arcana Corporation*
Michael P. Stanley
*Attorney*

**ATTORNEYS**
Torie Atkinson
*Staff Attorney*
Sean Betouliere
*Staff Attorney*
Elizabeth Ballart
*Staff Attorney*
Rosa Lee Bichell
*Catalyst Fellow*
Christina Brandt-Young
*Managing Attorney*
Michelle Caiola
*Managing Director, Litigation*
Chloe Holzman
*Staff Attorney*
Michelle Iorio
*Staff Attorney*
Jelena Kolic
*Staff Attorney*
Andrea Kozak-Oxnard
*Staff Attorney*
Ife Kubler-Agyemang
*Legal Fellow*
Melissa Riess
*Staff Attorney*
Rebecca Rodgers
*Senior Staff Attorney*
Stuart Seaborn
*Managing Director, Litigation*
Emily Seelenfreund
*Staff Attorney*
Rebecca Serbin
*Staff Attorney*
Rebecca Sobie
*Senior Staff Attorney*
Shira Tevah
*Staff Attorney*
Meredith J. Weaver
*Staff Attorney*
Rebecca Williford
*Managing Attorney*
Thomas Zito
*Supervising Attorney*

*Via ECF*

July 1, 2020

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:  *Taxis for All Campaign, et. al. v. New York City Taxi and Limousine Commission, et. al.* (No. 11-cv-0237): Substantial Delays in Implementing the Settlement Agreement**

Dear Judge Daniels:

We are unfortunately writing to seek Your Honor's assistance with respect to the City's compliance with the terms of the Settlement Agreement ("Agreement") in the above-titled action. As this Court recognized at the time it granted its final approval, this Agreement "is one of the most significant acts of inclusion in this city since Jackie Robinson joined the Brooklyn Dodgers." Ex. C, Tr. 14:2-4. Yet, as set forth in further detail below, the mounting implementation delays threaten to immeasurably lessen the benefits of the inclusion the Agreement was created to secure.

Most significantly, the City is well behind the schedule required by the Agreement to ensure that 50 percent of its yellow taxi fleet becomes accessible by the end of the current year. Plaintiffs have attempted to negotiate the issue with the City directly but have been unable to achieve any progress. Your Honor's intervention is accordingly necessary to chart out appropriate remedies, especially in light of the growing uncertainty not only as to whether the City will reach the 50 percent accessibility benchmark by the end of the year, but whether it plans to achieve that benchmark at all.

**I.  The terms of the Agreement**

The Agreement, a copy of which is attached as Exhibit A, obligates the City to ensure that 50 percent of its taxi fleet is accessible to customers whose mobility disabilities require use of a wheelchair by the end of the year 2020. *See* Ex. A, *Proposed Stipulation and Order of Settlement and Dismissal*, ECF No. 193-2 ("Agreement"), § 5.1.1. While January 1, 2020 is the identified deadline for reaching this threshold, the Agreement permits extension up to December 31, 2020 if two conditions are met: "(1) 50% or more of Taxicab Vehicles put into service since the Start Date are Accessible; and (2) inaccessible vehicles scheduled to be retired and replaced with

Accessible vehicles during the year 2020 are sufficient to get to 50% of the total fleet." *Id.*

In order to keep Plaintiffs appraised of its progress, the City has been under a continuing obligation to submit bi-annual reports (the "Reports"), one on June 30th and one on December 31st of each year during the term of the Agreement. *Id*. at § 6.2. Each Report must include specified categories of information, including, but not limited to, "Taxicab Vehicles that have been retired from the medallion taxi fleet during, at a minimum, the prior six-month period," "the total number of Accessible Taxicab Vehicles that have been brought into the medallion taxi fleet in the past year," and "Accessible Taxicab Vehicles projected to be brought into the fleet in the next six-month period." *Id.* at § 6.3.

## II.    Current status of the implementation

The City's most recent Report, submitted to Plaintiffs on January 6th, 2020 and attached as Exhibit B, indicated the following:

- Out of 853 taxicab vehicles that were newly added to the fleet in the course of the time period encompassed by the most recent Report, 431 were accessible, thereby fulfilling the first of the two conditions for extending the compliance deadline to December 31st, 2020.

- However, only 3,460 out of a total of 11,403 vehicles in the fleet were accessible. Because of this, the City was only slightly over halfway to the 50 percent accessibility threshold the Agreement mandates must be achieved by the end of the implementation period. Ex. A § 5.1.1.

- Because the City only planned to add 378 vehicles over the next 6-month-period ending on June 30th, 2020, it is clear that its rate of progress is not on track to reach the 50 percent accessibility threshold by the end of the year. The City accordingly falls well short of the second condition for extending the compliance deadline to December 31st, 2020. Ex.  A § 5.1.1.

- Assuming the City achieved the promised rate of progress and continued adding vehicles at that pace past June 30th, 2020, it would take approximately three additional years for accessible vehicles to constitute 50 percent of the fleet vehicles overall.

## III.    Discussions with the City to date

Following the review of the January 6th, 2020 Report, Plaintiffs reached out to the City to discuss the concerns raised by the fact that the City is clearly not on track to achieve compliance by the end of the Agreement's term. Because of the emergence of the global pandemic and the resulting disruptions to the City's operations, the parties did not confer until March 25th. At the March 25th conference, the City made clear that it did not have a plan for coming into compliance and did not know how long of an extension it would require. Given the challenging circumstances caused by the pandemic, Plaintiffs agreed to allow the City until April 30th to provide a written update that could help inform next steps in taking necessary measures to secure the Agreement's implementation.

After receiving no response on April 30th, Plaintiffs wrote to the City on May 12th to inquire about the City's update. The City responded on May 28th and promised to provide an update by the beginning of the week of June 1st. When the update did not arrive, Plaintiffs yet again followed up on June 11th. In this final follow-up, Plaintiffs made clear that we intended to write to Your Honor by the end of the month if we received no response. The City responded a day later and stated that it anticipated providing the update sometime in the following week. Plaintiffs never received this update.

### IV.    Conclusion

In light of the circumstances, and the critical importance of the Settlement to residents and visitors to our city, Plaintiffs do not see a path toward negotiating a solution to remedy the City's noncompliance absent Your Honor's assistance. We accordingly respectfully request a hearing before Your Honor to address the matters discussed in this letter. We thank Your Honor for your time and assistance in helping us resolve this pressing problem that is of grave concern to the City's disability community.

Dated: July 1, 2020
New York, NY

DISABILITY RIGHTS ADVOCATES

_____
Michelle Caiola
655 Third Avenue, 14th Floor
New York, NY 10017

Jelena Kolic
10 South LaSalle Street, 18th Floor
Chicago, IL 60603

SHEPPARD, MULLIN, RICHTER
AND HAMPTON, LLP

Daniel Brown
30 Rockefeller Plaza
New York, NY 10112