# EXHIBIT B

**New York City**

**Taxi & Limousine Commission**

**Medallion Taxicab Accessibility Settlement Reporting: Taxis for All Campaign, et al. v. TLC, et al, 11 CV 237 (SDNY)**          **Monday, January 06, 2020**

**Jul. 1, 2019 - Dec. 31, 2019**

| Number | Reporting Requirement | Time Frame | Data | Date Range |
|---|---|---|---|---|
| **1** | Taxicab Vehicles that have been retired from the medallion taxi fleet during, at a minimum, the prior six-month period, including a sub category for the total number of retired Taxicab Vehicles that were Accessible vehicles | Prior 6-months | Total: 1,139 (WAV: 106) | 7/1/2019 - 12/31/2019 |
| **2** | New Taxicab Vehicles that have been brought into the medallion taxi fleet in the prior six-month period, including a sub category for the total number of Accessible Taxicab Vehicles that have been brought into the medallion taxi fleet in the past year | Prior 6-months | Total: 853 (WAV: 431) | 7/1/2019 - 12/31/2019 |
| **3** | Accessible Taxicab Vehicles in the medallion taxi fleet as of the date of the Report | Report Date | 3,460 | 12/31/2019 |
| **4** | Taxicab Vehicles scheduled to be retired in the six-month period [1] | Next 6-months | 693 | 1/1/2020 - 6/30/2020 |
| **5** | Accessible Taxicab Vehicles projected to be brought into the fleet in the next six-month period [1] | Next 6-months | 378 | 1/1/2020 - 6/30/2020 |
| **6** | Taxicab Vehicles retired since the Start Date of the Transition Period | Jan. 1, 2016 - Report Date | 7,130 | 1/1/2016 - 12/31/2019 |
| **7** | Accessible Taxicab Vehicles brought into the fleet since the Start Date of the Transition Period | Jan. 1, 2016 - Report Date | 3,240 | 1/1/2016 - 12/31/2019 |
| **8** | The total number of Taxicab Vehicles | Report Date | 11,403 | 12/31/2019 |

**Notes**

[1] This forecast is based on currently available information and may not be predictive of future trends.