UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TAXIS FOR ALL CAMPAIGN, a nonprofit organization, DR. SIMI LINTON, an individual, UNITED SPINAL ASSOCIATION, a nonprofit organization, 504 DEMOCRATIC CLUB, a nonprofit organization, DISABLED IN ACTION, a nonprofit organization,<br><br>                    Plaintiffs,<br>-against-<br><br>NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a charter mandated agency, MEERA JOSHI, in her official capacity as chairman and commissioner of the New York City Taxi and Limousine Commission, THE CITY OF NEW YORK, and BILL DE BLASIO, in his official capacity as Mayor of the City of New York,<br><br>                    Defendants. | Case No. 11-cv-0237 (GBD)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Damani C. Sims of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Plaintiffs The Taxis for All Campaign et al.  Mr. Sims hereby certifies that he is admitted to practice in this Court.

| | |
|---|---|
| Dated: February 21, 2023<br>New York, New York | Respectfully submitted,<br><br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br><br><br>By:  <u>/s/ *Damani C. Sims*</u><br>      Damani C. Sims<br>      30 Rockefeller Plaza.<br>      New York, New York 10112<br>      Tel:  (212) 653-8700<br>      dsims@sheppardmullin.com<br>      *Counsel for Plaintiffs.* |