UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TAXIS FOR ALL CAMPAIGN, a nonprofit organization, DR. SIMI LINTON, an individual, UNITED SPINAL ASSOCIATION, a nonprofit organization, 504 DEMOCRATIC CLUB, a nonprofit organization, DISABLED IN ACTION, a nonprofit organization,<br><br>                   Plaintiffs,<br>-against-<br><br>NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a charter mandated agency, MEERA JOSHI, in her official capacity as chairman and commissioner of the New York City Taxi and Limousine Commission, THE CITY OF NEW YORK, and BILL DE BLASIO, in his official capacity as Mayor of the City of New York,<br><br>                   Defendants. | Case No. 11-cv-0237 (GBD)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Shin Y. Hahn of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Plaintiffs The Taxis for All Campaign et al.

Ms. Hahn hereby certifies that she is admitted to practice in this Court.

Dated: February 21, 2023
New York, New York

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ *Shin Y. Hahn*
    Shin Y. Hahn
    30 Rockefeller Plaza.
    New York, New York 10112
    Tel: (212) 653-8700
    shahn@sheppardmullin.com
    *Counsel for Plaintiffs.*