UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TAXIS FOR ALL CAMPAIGN, a nonprofit organization, DR. SIMI LINTON, an individual, UNITED SPINAL ASSOCIATION, a nonprofit organization, 504 DEMOCRATIC CLUB, a nonprofit organization, DISABLED IN ACTION, a nonprofit organization,<br><br>       Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a charter mandated agency, MEERA JOSHI, in her official capacity as chairman and commissioner of the New York City Taxi and Limousine Commission, THE CITY OF NEW YORK, and BILL DE BLASIO, in his official capacity as Mayor of the City of New York,<br><br>       Defendants. | Case No. 11-cv-0237 (GBD)<br><br>**NOTICE OF MOTION TO ENFORCE THE CLASS SETTLEMENT STIPULATION AND AMENDED CLASS SETTLEMENT STIPULATION** |

   **PLEASE TAKE NOTICE THAT**, upon Plaintiffs' Memorandum of Law in Support of Motion to Enforce the Class Action Settlement and Amended Class Settlement Stipulation and Declaration of Daniel L. Brown, dated February 20, 2024, Plaintiffs, by and through its counsel SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP and DISABILITY RIGHTS ADVOCATES, shall move before the Honorable George B. Daniels, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 11A, New York, New York 10007, on a date and time to be determined by the Court, for an Order: Plaintiffs respectfully request that the Court issue an order:  (i) enforcing, and directing Defendants to specifically perform under, the Class Settlement Stipulation and the Amended Class Settlement Stipulation; (ii) granting Plaintiffs

attorneys' fees and costs in bringing this motion; and (iii) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(b), opposition papers to this motion shall be served "within fourteen days after service of the moving papers," and reply papers shall be served "within seven days after service of the answering papers."

Dated: New York, New York
February 21, 2024                    Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:    /s/ Daniel L. Brown
      Daniel L. Brown
      Shin Hahn
      Damani C. Sims

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 634-3095
dbrown@sheppardmullin.com
shahn@sheppardmullin.com
dsims@sheppardmullin.com

**DISABILITY RIGHTS ADVOCATES**

Stuart Seaborn
2001 Center Street, 3rd Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
sseaborn@dralegal.org

Chloe Holzman
655 Third Avenue, 14th Floor
New York, New York 10017
Telephone: (212) 644-8644
cholzman@dralegal.org

*Attorneys for Plaintiffs*