UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THE TAXIS FOR ALL CAMPAIGN, a nonprofit organization, DR. SIMI LINTON, an individual, UNITED SPINAL ASSOCIATION, a nonprofit organization, 504 DEMOCRATIC CLUB, a nonprofit organization, DISABLED IN ACTION, a nonprofit organization,

                       Plaintiffs,

        -against-

NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a charter mandated agency, MEERA JOSHI,[1] in her official capacity as chairman and commissioner of the New York City Taxi and Limousine Commission, THE CITY OF NEW YORK, and BILL DE BLASIO, as Mayor of the City of New York,[2]

                       Defendants.
------------------------------------------------------------------------x

**DEFENDANTS' NOTICE OF CROSS-MOTION TO BE RELIEVED FROM CERTAIN PROVISIONS OF THE SETTLEMENT STIPULATION AND AMENDED SETTLEMENT STIPULATION**

11-cv-00237 (GBD)(DF)

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Michelle Goldberg-Cahn, dated March 6, 2024, the declaration of James DiGiovanni, dated March 6, 2024, and defendant's memorandum of law in support of defendants' cross-motion to be relieved from certain provisions of the Settlement Stipulation and Amended Settlement Stipulation, and in opposition to plaintiffs' motion to enforce the Settlement Stipulation and Amended Settlement Stipulation dated March 6, 2024, the undersigned will cross-move this Court before the Honorable George B. Daniels at the United States District Courthouse for the Southern District of New York, 500 Pearl Street Courtroom 11A New York, New York, for an order relieving defendants of certain

---

[1] As of May 19, 2022, David Do is Chair and Commissioner of TLC.

[2] As of January 1, 2022, Eric Adams is Mayor of the City of New York.

provisions of the Settlement Stipulation and Amended Settlement Stipulation, together with such other and further relief as the Court deems just, fair and equitable.

**PLEASE TAKE FURTHER NOTICE**, that in accordance with Local Rule 6.1(b), opposition papers to this cross-motion shall be served within fourteen days after service of the moving papers, and reply papers shall be served within seven days after service of the answering papers.

Dated:   New York, New York
        March 6, 2024

                HON. SYLVIA HINDS-RADIX
                Corporation Counsel of the
                  City of New York
                Attorney for Defendants
                100 Church Street
                New York, New York 10007
                (212) 356-2199
                migoldbe@law.nyc.gov

By:   /s/ *Michelle Goldberg-Cahn*
                Michelle Goldberg-Cahn
                Samantha Schonfeld
                Assistant Corporation Counsel

To: All counsel of record via ECF