**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE TAXIS FOR ALL CAMPAIGN, a
nonprofit organization, DR. SIMI LINTON, an
individual, UNITED SPINAL ASSOCIATION,
a nonprofit organization, 504 DEMOCRATIC
CLUB, a nonprofit organization, and
DISABLED IN ACTION, a nonprofit
organization,

       Plaintiffs,

   -against-

NEW YORK CITY TAXI AND LIMOUSINE
COMMISSION, a charter mandated agency, and
MEERA JOSHI, in her official capacity as
chairman and commissioner of the New York City
Taxi and Limousine Commission, BILL DE
BLASIO, in his official capacity as Mayor of the
City of New York, and THE CITY OF NEW
YORK,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

11 Civ. 0237 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on the parties' cross-motions regarding enforcement of the relevant

settlement agreement, (ECF Nos. 298 and 302), is scheduled for May 7, 2024 at 10:30 a.m.

Dated: New York, New York
   April 4, 2024

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge