UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE TAXIS FOR ALL CAMPAIGN, a nonprofit organization, DR. SIMI LINTON, an individual, UNITED SPINAL ASSOCIATION, a nonprofit organization, 504 DEMOCRATIC CLUB, a nonprofit organization, and DISABLED IN ACTION, a nonprofit organization,

      Plaintiffs,

-against-

NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a charter mandated agency, and MEERA JOSHI, in her official capacity as chairman and commissioner of the New York City Taxi and Limousine Commission, BILL DE BLASIO, in his official capacity as Mayor of the City of New York, and THE CITY OF NEW YORK,

      Defendants.

------------------------------------------------------------x

ORDER

11 Civ. 0237 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Members of the public may listen to the May 7, 2024 oral argument using the following dial-in and passcode: (646) 453-4442, 110220087#. All members of the public must mute their lines.

Dated: New York, New York
   May 2, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge