UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

THE TAXIS FOR ALL CAMPAIGN, a nonprofit organization, DR. SIMI LINTON, an individual, UNITED SPINAL ASSOCIATION, a nonprofit organization, 504 DEMOCRATIC CLUB, a nonprofit organization, and DISABLED IN ACTION, a nonprofit organization,

                    Plaintiffs,

-against-

NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a charter mandated agency, and MEERA JOSHI, in her official capacity as chairman and commissioner of the New York City Taxi and Limousine Commission, BILL DE BLASIO, in his official capacity as Mayor of the City of New York, and THE CITY OF NEW YORK,

                    Defendants.

------------------------------------x

ORDER

11 Civ. 0237 (GBD)

GEORGE B. DANIELS, United States District Judge:

Having received Plaintiffs' request to appoint a Special Master, (ECF No. 335 at 3), and Defendants' submission opposing such an appointment and requesting an opportunity to be heard on this issue, (ECF No. 337), this Court hereby ORDERS Defendants to file a letter articulating their opposition to Plaintiffs' request for a Special Master by July 10, 2024.

Dated: New York, New York
      July 2, 2024

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge