

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHELLE GOLDBERG-CAHN**
*Chief*
*Administrative Law & Regulatory Litigation Division*
*phone: (212) 356-2199*
*email: migoldbe@law.nyc.gov*

July 10, 2026

<u>**VIA ECF**</u>
Honorable George B. Daniels
United States District Judge
United States District Court Southern District of New York
500 Pearl Street, Courtroom 11A
New York, New York 10007

       Re:   <u>Taxis for All Campaign, Inc., et al. v. New York City Taxi and Limousine
Commission, et al.</u> Civ. Action No.: 11 Civ. 0237 (GBD)

Your Honor:

       I am an attorney in the Office of Steven Banks, Corporation Counsel of the City of
New York, and represent defendants in the above-entitled action.  Defendants submit this letter in
accordance with the requirements set forth in this Court's August 29, 2024 Decision and Order
(issued August 30, 2024) to provide its bi-annual report on the number of wheelchair accessible
taxis to the Court and Class Counsel for the first half of 2026.  Decision and Order, at 15.  Annexed
please find a copy of defendants' report reflecting the reporting period of January 1, 2026 through
June 30, 2026.

       Of note, the New York City Taxi & Limousine Commission ("TLC") is pleased to
report that as of June 30, 2026, 6,360 of the 10,577 Active Medallions are affixed to wheelchair
accessible vehicles, or 60.1% of the Active Medallions.

                   Respectfully submitted,
                      /s/
                   Michelle Goldberg-Cahn
                   Assistant Corporation Counsel

Encl.

cc: Attorneys of record via ECF

**New York City**
**Taxi & Limousine Commission**

**Medallion Taxicab Accessibility Settlement Reporting: Taxis for All Campaign, et al. v. TLC, et al, 11 CV 237 (SDNY)***          July 6th, 2026**
**January 1st, 2026 - June 30th, 2026**

| Number | Reporting Requirement | Time Frame | Data | Date Range |
|---|---|---|---|---|
| 1 | Taxicab Vehicles that have been retired from the medallion taxi fleet during, at a minimum, the prior six-month period, including a sub category for the total number of retired Taxicab Vehicles that were Accessible vehicles. | Prior 6-months | 1. Total: **85**<br>2. Subset WAV: 0 | 01/01/2026 – 06/30/2026 |
| 2 | New Taxicab Vehicles that have been brought into the medallion taxi fleet in the prior six-month period, including a sub category for the total number of Accessible Taxicab Vehicles that have been brought into the medallion taxi fleet in the past six months. | Prior 6-months | 1. Total: **708**<br>2. Subset WAV: **708** | 01/01/2026 – 06/30/2026 |
| 3 | Accessible Taxicab Vehicles in the medallion taxi fleet as of the date of the Report.[1] | Report Date | 6,360 | 06/30/2026 |
| 4 | Taxicab Vehicles scheduled to be retired in the next six-month period.[2] | Next 6-months | 495 | 07/01/2026 – 12/31/2026 |
| 5 | Accessible Taxicab Vehicles projected to be brought into the fleet in the next six-month period [2,3] | Next 6-months | 495 | 07/01/2026 – 12/31/2026 |
| 6 | Taxicab Vehicles retired since the Start Date of the Transition Period [3] | 01/01/2026-06/30/2026 | 85 (Prior 6-months)<br>13,897 (Previous report)<br>Total = 13,982 | 01/01/2026-06/30/2026 |
| 7 | Accessible Taxicab Vehicles brought into the fleet since the Start Date of the Transition Period [1] | 01/01/2026-06/30/2026 | 708 (Prior 6-months)<br>8,067 (Previous report)<br>Total = 8,775 | 01/01/2026-06/30/2026 |
| 8 | The total number of Active Medallion Taxicab Vehicles [4] | Report Date | 10,577 | 06/30/2026 |
| 9 | The total number of Authorized Medallions | Report Date | 13,589 | 06/30/2026 |
| 10 | Total percentage of the Authorized Medallions affixed to Accessible Taxicab Vehicles.[1] | Report Date | 46.80% | 06/30/2026 |

| 11 | Total percentage of Active Medallions affixed to Accessible Taxicab Vehicles as of the date of the report [1,4] | Report Date | 60.13% | 06/30/2026 |
|---|---|---|---|---|

Notes

[***] Along with the enactment of the 100% WAV rule (35 RCNY §§ 58-50, 67-04, and 67-05), promulgated on October 16, 2024, effective October 18, 2024, pursuant to 35 RCNY § 67-18(c), WAV vehicles no longer have retirement dates. As such, it will not be possible to report on the number of WAV vehicles retired since July 1, 2024; or expected to retire as of July 1, 2024,  but can identify the number of vehicles that had retirement dates in this reporting cycle for which associated VINs no longer exist in the fleet. Under the new rule, non-WAV vehicles are still subject to retirement dates. The number of non-WAV vehicles that have retired in the past 6-month period is **85.**

[1] Accessible Taxicab Vehicles in the medallion taxi fleet that are not in storage.

[2] Forecast is based on current available information does not factor in retirement extensions, or storage, and may not be predictive of future trends.

[3] Per the Court's August 29, 2024, Decision and Order and in accordance with 35 RCNY §§ 58-50. 67-04, 67-05, all new vehicles affiliated with medallions must be WAVs. This projection assumes that all medallion owners will replace a retired vehicle with a new accessible one and will not place their vehicle in storage.

[4] Per the parties' Amended Stipulation of Settlement: "Active Medallions" means TLC medallions that are currently affixed to Taxicab Vehicles and that are not currently in storage.